UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
(ELECTRONICALLY FILED)

Eastern District of Kentucky
**FILED**

AUG 2 2 2016

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CAROLYN SUE HILL,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et. al.,

    Defendants.

Case No. 6:15-cv-228-GFVT

**AGREED ORDER OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and in accordance with the terms of the Settlement Agreement and Release between the parties, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Experian Information Solutions, Inc. are hereby DISMISSED, WITH PREJUDICE. Each party shall bear their own costs, including attorneys' fees. This Court shall retain jurisdiction to enforce the Settlement Agreement.

HAVE SEEN AND AGREED:

*Aaron J. Bentley* (with permission)
Aaron J. Bentley
239 South Fifth Street, Suite 1400
Louisville, KY 40202
*Counsel for Plaintiff, Carolyn Sue Hill*

s/*Margaret Jane Brannon*
Margaret Jane Brannon
Jackson Kelly PLLC
175 East Main Street, Suite 500
Lexington, KY 40507
*Counsel for Defendant, Experian Information Solutions, Inc.*



Signed By:
Gregory F. Van Tatenhove
United States District Judge

4828-1669-2023.v1