## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY (LONDON)

CAROLYN SUE HILL,
      Plaintiff,

vs.

BANK OF AMERICA, N.A.;
EXPERIAN INFORMATION
SOLUTIONS, INC.; EQUIFAX
INFORMATION SERVICES, INC.;
and TRANS UNION LLC;
      Defendants.

CASE NO. 6:15-cv-00228-GFVT
**ELECTRONICALLY FILED**

Judge Gregory F. VanTatenhove

Eastern District of Kentucky
**F I L E D**

AUG 2 2 2016

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## PROPOSED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Carolyn Sue Hill, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Carolyn Sue Hill against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Carolyn Sue Hill and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.



Signed By:
Gregory F. Van Tatenhove
United States District Judge