UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
F I L E D

AUG 2 2 2016

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CAROLYN SUE HILL, )
)
    Plaintiff, )
)
vs. ) CASE NO. 6:15-cv-00228-GFVT
)
BANK OF AMERICA, N.A., et al., )
)
    Defendants. )

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR PARTIES TO FILE AGREED ORDER OF DISMISSAL**

This matter having come before the Court on the Agreed Motion for Extension of Time for Parties to File Agreed Order of Dismissal, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Parties' Motion is GRANTED.

The parties shall file their Agreed Order of Dismissal within 30 days of this Order.

Entered this 22 day of August, 2016.

_____
Gregory F. Van Tatenhove
United States District Judge