Eastern District of Kentucky
FILED
SEP 1 4 2016
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
(*ELECTRONICALLY FILED*)

CAROLYN SUE HILL,

    Plaintiff,

v.

BANK OF AMERICA, N.A.

EXPERIAN INFORMATION SOLUTIONS, INC.

EQUIFAX INFORMATION SERVICES, INC.

TRANS UNION LLC

    Defendants.

CIVIL ACTION NO. 6:15-CV-00228-GFVT

**AGREED ORDER OF DISMISSAL OF BANK OF AMERICA, N.A. WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and in accordance with the terms of the Settlement Agreement and Release between the parties, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Bank of America, N.A. are hereby DISMISSED, WITH PREJUDICE. Each party shall bear their own costs, including attorneys' fees. This Court shall retain jurisdiction to enforce the Settlement Agreement.



Signed By:
Gregory F. Van Tatenhove
United States District Judge

HAVING SEEN AND AGREED TO:

/s/ Brian M. Bennett
Richard A. Vance
Brian M. Bennett
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
rvance@stites.com
bbennett@stites.com
COUNSEL FOR DEFENDANT,
BANK OF AMERICA N.A.

/s/ Aaron J. Bentley (with permission)
Aaron J. Bentley
James Craig
CRAIG HENRY PLC
239 South Fifth Street, Suite 1400
Louisville, Kentucky 40202
Telephone: (502) 614-5962
Facsimile: (502) 614-5968
jcraig@craighenrylaw.com
abentley@craighenrylaw.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2016, I electronically filed the foregoing AGREED ORDER using the CM/ECF System, which will notify the following parties:

Aaron J. Bentley, Esq.
abentley@craighenrylaw.com

James R. Craig
jcraig@craighenry.com

William R. Brown
wbraown@schuckitlaw.com

Justin T. Walton
jwalton@shuckitlaw.com

/s/ Brian M. Bennett
Brian M. Bennett

1105710:1:LOUISVILLE