IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| CAROLYN SUE HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 6:15-cv-00228-GFVT |
| | ) |
| BANK OF AMERICA, N.A., et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC

Plaintiff Carolyn Sue Hill, by counsel, and Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and the Plaintiff's cause against Equifax only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees..

Respectfully submitted this 23rd day of September, 2016.

        Respectfully submitted,

By:*/s/ Aaron Joseph Bentley (w/permission)*
    Aaron Joseph Bentley
    Craig Henry, PLC
    239 S. Fifth Street
    Suite 1400
    Louisville, KY 40202
    Tel: (502) 614-5962
    Fax: (502) 238-9910
    Email: abentley@craighenrylaw.com
    Counsel for Plaintiff Carolyn Sue Hill

By: /s/ *John M. Williams*
John M. Williams
Rajkovich, Williams, Kilpatrick & True, PLLC
3151 Beaumont Center Circle
Suite 375
Lexington, KY 40513
Tel: (859) 245-1059
Fax: (859) 245-1231
Email: williams@rwktlaw.com
Counsel for Defendant Equifax Information Services LLC

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record:

Aaron Joseph Bentley
James Robert Craig
Craig Henry, PLC
239 S. Fifth Street
Suite 1400
Louisville, KY 40202

Brian Michael Bennett
Richard Allen Vance
Stites & Harbison, PLLC - Louisville
400 W. Market Street
Suite 1800
Louisville, KY 40202

Margaret Jane Brannon
Jackson Kelly PLLC - LEXINGTON
175 E. Main Street
Suite 500
P.O. Box 2150
Lexington, KY 40588-2150

Stephen J. Miller
Jones Day - Cleveland
901 Lakeside Avenue
Cleveland, OH 44114

Justin T. Walton
William R. Brown
Schuckit & Associates, P.C. - Indianapolis
4545 Northwestern Dr
Zionsville, IN 46077


Dated:  September 23, 2016.

                      */s/ John M. Williams*