UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| CAROLYN SUE HILL, ) | |
| ) | |
| Plaintiff, ) | Civil No. 6:15-cv-00228-GFVT |
| ) | |
| v. ) | |
| ) | **ORDER** |
| BANK OF AMERICA, N.A., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court upon the Joint Stipulation of Dismissal filed by Plaintiff Carolyn Sue Hill and Defendant Equifax Information Services, LLC. [R. 44.] The parties, by counsel, stipulate and agree that all matters between the two parties have been resolved through settlement. Accordingly, the Court hereby **ORDERS** as follows:

1. The Plaintiff's claims against Defendant Equifax Information Services, LLC, are **DISMISSED WITH PREJUDICE**;

2. Each party shall bear his, her, or its own costs and fees, unless otherwise agreed to by the parties; and

3. This order shall not affect the Plaintiff's claims against any other Defendant in this action.

This the 27TH day of September, 2016.



Signed By:
Gregory F. Van Tatenhove
United States District Judge